IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Christopher | Case Number:  05 B 28499 |
| Johnson, Crystal | Judge:  Wedoff, Eugene R |
| Printed:  4/29/08 | Filed:  7/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  April 25, 2008
Confirmed:  October 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 59,344.13 | |
| Secured: | | 34,762.00 |
| Unsecured: | | 15,010.01 |
| Priority: | | 5,182.75 |
| Administrative: | | 1,226.00 |
| Trustee Fee: | | 3,163.37 |
| Other Funds: | | 0.00 |
| Totals: | 59,344.13 | 59,344.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James A Young | Administrative | 1,226.00 | 1,226.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 6,000.35 | 6,000.35 |
| 6. | Countrywide Home Loans Inc. | Secured | 19,578.05 | 10,760.66 |
| 7. | WFS Financial | Secured | 18,000.99 | 18,000.99 |
| 8. | Internal Revenue Service | Priority | 3,939.41 | 4,551.30 |
| 9. | Illinois Dept of Revenue | Priority | 631.45 | 631.45 |
| 10. | Resurgent Capital Services | Unsecured | 1,140.03 | 1,138.98 |
| 11. | Asset Acceptance | Unsecured | 1,019.99 | 1,019.05 |
| 12. | Ford Motor Credit Corporation | Unsecured | 1,330.63 | 1,329.41 |
| 13. | Internal Revenue Service | Unsecured | 1,110.52 | 1,109.50 |
| 14. | WFS Financial | Unsecured | 10,257.79 | 10,248.40 |
| 15. | Illinois Dept of Revenue | Unsecured | 164.82 | 164.67 |
| | | | _____ | _____ |
| | | | $ 64,400.03 | $ 56,180.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 711.42 |
| 5% | 73.66 |
| 4.8% | 385.76 |
| 5.4% | 1,992.53 |
| | _____ |
| | $ 3,163.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Christopher | Case Number:  05 B 28499 |
| Johnson, Crystal | Judge:  Wedoff, Eugene R |
| Printed:  4/29/08 | Filed:  7/19/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____